UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR GARCIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-2427 |
| § | |
| DIVINE HEALERS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Partial Summary Judgment on Liability (Doc. 37), and Judge Stacy's Memorandum and Recommendation (Doc. 78) that the Court grant the Plaintiff's Motion for Partial Summary Judgment on liability. Defendant did not file objections to the Memorandum and Recommendation.

Upon review, the Court agrees with the Magistrate Judge's conclusion that there is uncontroverted summary judgment evidence that shows Defendant violated FLSA's overtime-wage requirement by paying Plaintiff and its LVs, RNs, CNAs, and Providers only a straight time hourly rate for all hours worked and not paying one and one-half times the regular rate of pay for hours worked over forty in a work week. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 78) is **ADOPTED**. Plaintiff's Motion for Partial Summary Judgment (Doc. 37) is **GRANTED**.

SIGNED at Houston, Texas, this __10__ day of January, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1