United States District Court
Southern District of Texas
**ENTERED**
August 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR GARCIA Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> DIVINE HEALERS, INC. d/b/a HEALING HANDS HEALTHCARE, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 4:17-CV-02427 |

## FINAL JUDGMENT

On April 15, 2019, the Court called this case for trial. The case was tried to the Court on the issues described in the Court's Findings of Fact and Conclusions of Law. In accordance with its Findings of Fact and Conclusions of Law, the Court **ORDERS**:

1. For unpaid overtime compensation, the individual Plaintiffs are entitled to the following damages:

| | |
|---|---|
| Victor Garcia | $19,650.00 |
| Monica Garcia | $2,712.00 |
| Garmai Kalaplee | $4,125.00 |
| Catherine Kleinhans | $0.00 |
| Solange Ngolindjoli | $643.75 |
| Shikira Williams | $748.00 |
| Rosaelia Espinoza | $2.13 |
| Kila Wilson | $0.00 |
| Christian Catalan | $11.69 |

1

2. Plaintiffs are entitled to reasonable attorneys' fees in the amount of $75,000.00.

3. Plaintiffs are entitled to court costs in the amount of $2,574.36.

4. Steven Ayodele and Afolake Ayodele are jointly and severally liable along with Divine Healers for all damages and additionally for the aforementioned attorneys' fees and court costs.

5. The Court denies all relief not granted in this judgment.

6. This is a FINAL JUDGMENT.

Signed at Houston, Texas, on this 9th day of August, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE